UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :   CRIM. NO. 3:02CR00062(AWT)
                                :
EDUARDO ESCALERA TORRES         :
                                :
------------------------------x

### RULING ON REQUEST FOR POST-BOOKER RESENTENCING UPON REMAND

For the reasons set forth below, the defendant's request for resentencing was denied during a telephonic hearing on September 7, 2006.

As reflected in the attached copy of the Notice of Release and Arrival, the defendant was released from the custody of the Federal Bureau of Prisons on September 9, 2004 pursuant to a treaty agreement with Mexico. Defense counsel reported during the September 7th hearing that he has been unable to locate the defendant, or even determine that the defendant is still incarcerated. At the status conference, the court noted that the defendant's request appears to be moot based on the Notice of Release and Arrival. However, the court also noted that, in any event, after a review of the record and the totality of the circumstances in this case, the court had concluded that it would not have imposed a different sentence upon the defendant had the Sentencing Guidelines been advisory at the time the defendant was sentenced.

It is so ordered.

Dated this 18th day of September 2006 at Hartford, Connecticut.

                                    _____
                                         Alvin W. Thompson
                                    United States District Judge

BP-S714.056 **NOTICE OF RELEASE AND ARRIVAL** CDFRM
APR 03
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| Inmate Name | Reg No.: 89275-TTT 77 | Institution/Address |
|---|---|---|
| ESCALARA-TORRES, Eduardo | FBI No.: | FCI La Tuna, NM/TX 88021 |
| | ICB No.: | |
| | (Misc No.) | |

Release Date: 12/09/2004        Release Method: **TREATY TRANSFER**

Public Law Days: 0

Supervision to follow release: (if yes, advise inmate of Obligation to Report for Supervision)
XX YES ( 5 years ___ months)
___ NO

THE FEDERAL SENTENCE HAS BEEN COMMUTED DUE TO TREATY TRANSFER UNDER THE TREATY AGREEMENT BY LAWS AND WILL CONTINUE TO RUN UNDER MEXICAN LAWS AND JURISDICTION.

**RELEASED TO: (Check one)**

___ Community
Transportation arranged to: _____ (City and State)
Method of transportation: _____ (Name of common carrier or other)
Date of expected arrival at residence: _____

___ Detainer
Detaining Agency: _____
Agency Address: _____

**SUPERVISION JURISDICTION(s)**

Sentencing District
Chief/Director: Maria Rodriguez-McBride
Supervision Agency: U.S. Probation Office
District: District of Connecticut
Address: 157 Church St 22nd Floor
New Haven, CT 06510
Phone: (203) 773-2100

District of Residence (for relocation cases)
Chief/Director: n/a
Supervision Agency: n/a
District: n/a
Address: _____
Phone: ( ) _____

Address of proposed residence: _____

**DNA STATUS**

| DNA Sample required: YES ___ XX NO | If YES date sample taken n/a | DNA Number |
|---|---|---|

**Obligation to Report for Supervision:** If you were sentenced to, or otherwise required to serve, a term of supervision, this term begins immediately upon your discharge from imprisonment, and you are directed to report for supervision within 72 hours. If you are released from a detaining authority, you shall report for supervision within 72 hours after your release by the detaining authority. If you can not report for supervision in the district of your approved residence within 72 hours, you must report to the nearest U.S. Probation Office for instruction. Failure to obey the reporting requirements described above will constitute a violation of release conditions.

Inmate's Signature (file copy only).
*Eduardo Escalara Torres*

Distribution: Inmate Central File (Section 5), Inmate, Chief Supervision Officer in Sentencing District, Chief Supervision Officer in District of Residence, and U.S. Parole Commission (if applicable)(This form may be replicated via WP)

*Release date Recorded*